IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TIMOTHY WADE JACKSON
ADC #078665                                                                                              PETITIONER

V.                              No. 4:25-cv-00399-LPR-ERE

DEXTER PAYNE, Director                                                                        DEFENDANT

### ORDER

Petitioner Timothy Jackson, an inmate at the Tucker Unit of the Arkansas Division of Correction, has filed a petition for habeas relief under 28 U.S.C. § 2254, along with a motion for leave to proceed *in forma pauperis* and a motion to appoint counsel. *Docs. 1-3*. Mr. Jackson's petition challenges his state-court conviction from Miller County Circuit Court, which is in the Western District of Arkansas.

When a person is convicted and confined in a state with more than one federal district, he may bring a habeas action in either the district of confinement or conviction. 28 U.S.C. § 2241(d). "The district court for the district wherein such an application is filed in the exercise of its discretion and in furtherance of justice may transfer the application to the other district court for hearing and determination." *Id.*

In furtherance of justice, Mr. Jackson's challenge to his conviction should be heard in the district of conviction, which is more convenient for both witnesses and evidence, if necessary. Furthermore, Mr. Jackson repeatedly has raised similar issues in the Western District of Arkansas, albeit improperly, under § 1983. See *Jackson v.*

*Jones, et al.*, No. 4:24-cv-04098-SOH-BAB (Oct. 7, 2024); *Jackson v. Mitchel, et al.*, No. 4:23-cv-04060-SOH-CDC (W.D. Ark. July 24, 2023); *Jackson v. Adams, et al.*, No. 4:23-cv-04006-SOH-CDC (March 27, 2023).

Accordingly, pursuant to 28 U.S.C. § 2241(d) and 28 U.S.C. § 1404(a), the Clerk of the Court is directed to immediately TRANSFER this case to the United States District Court for the Western District of Arkansas.

SO ORDERED 25 April 2025.

_____
UNITED STATES MAGISTRATE JUDGE

2