IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TIMOTHY WADE JACKSON                                                                    PLAINTIFF

v.                                            Case No. 4:25-cv-04028

DEXTER PAYNE                                                                            DEFENDANT

## ORDER

Before the Court is a Report and Recommendation filed on December 2, 2025, by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 20). Judge Singleton finds that Plaintiff's petition for habeas corpus is time-barred and that Plaintiff failed to provide evidence to support an actual innocence exception to the statute of limitations. (ECF No. 20, at 4-5). Thus, Judge Singleton recommends that the Court deny Plaintiff's petition for habeas corpus, dismiss this habeas action with prejudice, and deny any Certificate of Appealability pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases. (ECF No. 20, at 5).

Plaintiff has not responded to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 20) *in toto*. Accordingly, the Court finds that Plaintiff's section 2254 habeas petition (ECF No. 2) should be and hereby is **DENIED AND DISMISSED WITH PREJUDICE**. No certificate of appealability will issue.

**IT IS SO ORDERED**, this 19th day of February, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge